UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEANNETTE U.,

                Plaintiff,

            -v-                    3:18-CV-1045
                                       (DNH/TWD)

ANDREW SAUL, Commissioner of the Social
Security Administration,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

LAW OFFICES OF KENNETH HILLER, PLLC      JUSTIN GOLDSTEIN, ESQ.
Attorneys for Plaintiff
6000 N. Bailey Avenue, Suite 1A
Amherst, NY 14226

Social Security Administration                     PADMA GHATAGE, ESQ.
Attorneys for Defendant                            Special Ass't U.S. Attorney
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Jeannette U. filed this action seeking judicial review of a final decision of the

Commissioner of Social Security denying her application for Social Security Disability

Insurance. By Report and Recommendation dated March 11, 2020, the Honorable Thérèse

Wiley Dancks, United States Magistrate Judge, recommended that the decision of the

Commissioner be affirmed, defendant's motion for judgment on the pleadings be granted, and the Complaint be dismissed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report and Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED;

2. Defendant's motion for judgment on the pleadings is GRANTED; and

3. The Complaint is DISMISSED.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: March 26, 2020
      Utica, New York